**Opinion issued August 1, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00010-CV

———————————

**TERRY-BRAYTON ADAMS, Appellant**

**V.**

**PROTEX INVESTMENTS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1193536**

---

## MEMORANDUM OPINION

Appellant is appealing pro se from a final judgment signed on December 12, 2022. Appellant tendered a brief in support of his request for a writ of replevin on March 17, 2023. On April 3, 2023, appellant tendered his appellate brief, but the court struck this brief by order on April 11, 2023 for noncompliance with Rule

38.1. In the order striking appellant's brief, the Court noted the precise portions of the brief that were inadequate, including the failure to include citations to the record in the statement of facts and argument sections and the failure to include citations to authority. The Court stated that appellant should file a brief in compliance with Rule 38.1 within 20 days from the date of the order or the appeal might be dismissed.

The corrected brief was due on May 1, 2023. The Court granted two extensions of time to file the corrected brief until August 7, 2023. Appellant tendered another brief on July 20, 2023. This brief also fails to comply with our order of April 11, 2023 or Rule 38.1 in that it does not include sections identifying the parties, a table of contents, an index of authorities, citations to the record in the statement of the case or statement of facts, or an argument with citations to the record or to authority.[1] *See* TEX. R. APP. P. 38.1.

We dismiss the appeal because the redrawn brief does not comply with Rule 38.1 or this Court's order. Although we liberally construe briefs, appellant has not substantially complied with the briefing rules. *See Harkins v. Dever Nursing Home*, 999 S.W.2d 571, 573 (Tex. App.—Houston [14th Dist.] 1999, no pet.).

---

[1] Moreover, an argument concerning an issue "that is not supported by argument or citation to legal authority presents nothing for the court to review." *See Fed. Corp., Inc. v. Truhlar*, 632 S.W.3d 697, 725 (Tex. App.—El Paso 2021, pet. denied).

Under these circumstances, we have determined that dismissal of the appeal is warranted.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Countiss.